

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: VICTORY ENERGY CORPORATION, SMARTGAS, LLC, AND HCP INVESTMENTS, | § | No. 08-13-00068-CV |
|  | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| Relators. | § |  |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Pedro Gomez, presiding judge of the 112th District Court of Crockett County, Texas, and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 23RD DAY OF APRIL, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.